UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JON MICHAEL EDGAR,

                Petitioner,

v.                                     CASE NO. 07-12691
                                     HONORABLE PAUL D. BORMAN
LINDA M. METRISH,

                Respondent.
_____/

**ORDER
(1) GRANTING PETITIONER'S MOTION
TO FILE AN AMENDED HABEAS CORPUS PETITION,
(2) DENYING PETITIONER'S MOTIONS FOR
A DEFAULT JUDGMENT AND AN EVIDENTIARY HEARING, and
(3) DIRECTING RESPONDENT TO FILE THE STATE COURT RECORD**

On June 26, 2007, petitioner Jon Michael Edgar filed a *pro se* habeas corpus petition

under 28 U.S.C. § 2254. The Court then ordered Respondent to file a responsive pleading on or

before January 10, 2008. Respondent complied with the Court's order by filing a timely answer

to the habeas petition on January 10, 2008.

Currently pending before the Court are Petitioner's motions (1) to amend his habeas

petition, (2) for an evidentiary hearing, and (3) for a default judgment. The motion to amend the

habeas petition [Doc. 3, July 9, 2007] is GRANTED.[1] The motion for a default judgment [Doc.

9, Jan. 15, 2008] is DENIED because Respondent is not in default. She filed a timely answer on

January 10, 2008.

The motion for an evidentiary hearing [Doc. 6, Jan. 2, 2008] is DENIED because the

_____

[1] The amended habeas petition was filed on August 6, 2007.

Court is not persuaded that an evidentiary hearing is necessary in light of Respondent's

allegation that Petitioner has failed to exhaust state remedies for his claims.  Finally, to facilitate

review of this case, Respondent is ORDERED to file the relevant state court briefs, orders, and

transcripts within **sixty (60) days** of the date of this order.


s/Paul D. Borman\
PAUL D. BORMAN\
UNITED STATES DISTRICT JUDGE

Dated:  February 5, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
February 5, 2008.


s/Denise Goodine\
Case Manager